# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2515

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Rodney C. Shurter, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: January 4, 2002
Filed: January 14, 2002

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Rodney Shurter was convicted of conspiring to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and the district court[1] sentenced him to 188 months imprisonment and 5 years supervised release. On appeal, he argues that the jury did not properly find the drug quantity attributable to him, in violation of Apprendi v. New Jersey, 530 U.S. 466 (2000), because the district court's jury instructions improperly allowed the jury to attribute to him quantities outside his

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

knowledge and not in furtherance of the specific agreement with his co-conspirators. After careful review of the record, we affirm.

The district court's instruction, read as a whole, fairly and adequately reflected the applicable law and therefore was not erroneous. See United States v. Phelps, 168 F.3d 1048, 1057 (8th Cir. 1999). Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.